IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW DAVID FARMER, d/b/a ) <br> FARMERS GRILL, ) <br> ) <br> Defendant. ) | 2:09-cv-00287-GEB-DAD <br><br> <u>ORDER CONTINUING</u> <br> <u>STATUS (PRETRIAL</u> <br> <u>SCHEDULING) CONFERENCE</u> |

On July 10, 2009, Plaintiff filed a status report ("SR") in which he asserts he served Defendant on July 8, 2009, and that Defendant has not yet responded to the complaint. This purported service moots Plaintiff's ex parte application filed June 24, 2009; therefore, that application is denied as moot. However, if Defendant is mistaken about service this action could be dismissed under Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiff's SR fails to heed information in the Order filed June 19, 2009, that informed Plaintiff it should not "completely disregard the possibility that Defendant may fail to appear in this action" when proposing how the case should be scheduled. (June 19, 2009 Order at 4.) It appears that subsequent to filing the SR Plaintiff realized this could happen since Plaintiff's counsel filed an ex parte application on July 14, 2009,

1

1  in which counsel seeks a continuance of the status conference since
2  counsel asserts Defendant was just served on July 8, 2009.
3          The status conference scheduled for hearing on July 27,
4  2009, is rescheduled to commence at 9:00 a.m. on September 21,
5  2009.  A joint status report shall be filed fourteen days prior to
6  the status conference.

Dated:  July 15, 2009

GARLAND E. BURRELL, JR.
United States District Judge